UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
JUN 06 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

SCOTT & WHITE MEMORIAL HOSPITAL,

vs.                                Case No.: 6:17-cv-75

COVENTRY HEALTH CARE, INC. et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Steven R. Rogovin, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent ARM Ltd. (sued herein as ARM Ltd., NW) in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Meltzer, Purtill & Stelle LLC with offices at:

   Mailing address: 300 South Wacker Drive, Suite 2300

   City, State, Zip Code: Chicago, IL 60606

   Telephone: 312-461-4304    Facsimile: 312-987-9854

2. Since 2010, Applicant has been and presently is a member of and in good standing with the Bar of the State of Illinois.

   Applicant's bar license number is 6301409.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | State of New York | November 20, 2000 |
   | Eastern District of Wisconsin | March 28, 2011 |
   | Western District of Wisconsin | January 3, 2016 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I [ ] have [X] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of <u>Steven R. Rogovin</u> to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Steven R. Rogovin
_____
[printed name of Applicant]

_____
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 5th day of June, 2017.

Steven R. Rogovin
_____
[printed name of Applicant]

_____
[signature of Applicant]

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SCOTT & WHITE MEMORIAL HOSPITAL | § § | |
| vs. | § § | CASE NO. 6:17-cv-0075-RP-JCM |
| COVENTRY HELATH CARE, INC. et. al. | § | |

### ORDER

Came on to be considered the application of **STEVEN R. ROGOVIN** for permission to appear *pro hac vice* as counsel in the above-referenced action. Local Court Rule AT-1(f)(2) authorizes the collection of a $100.00 fee for each application for admission *pro hac vice* that is granted by the Court; Accordingly, it is

**ORDERED** that the application of **STEVEN R. ROGOVIN** for admission *pro hac vice* is hereby GRANTED. If said attorney has not submitted the required fee concurrently with the filing of this application, that attorney shall immediately transmit the $100.00 fee to the Clerk of this Court for deposit into the Non-Appropriated Fund Account. It is further

**ORDERED** that, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, attorneys admitted to practice *pro hac vice* must register as filing users within **TEN (10)** days of this Order.

**ORDERED** that said attorney must apply for admission into the Western District of Texas within **ONE HUNDRED AND TWENTY (120)** days of this Order. Failure to timely apply for admission will result in the revocation of this Order.

SIGNED this _____ day of _____, 2017.

_____
**JEFFREY C. MANSKE**
**UNITED STATES MAGISTRATE JUDGE**