UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SCOTT & WHITE MEMORIAL HOSPITAL, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 6:17-CV-0075-RP-JCM |
| AETNA HEALTH HOLDINGS, LLC, AS SUCCESSOR BY MERGER TO COVENTRY HEALTH CARE, INC., COVENTRY HEALTH CARE NATIONAL NETWORK, INC., COVENTRY HEALTH AND LIFE INSURANCE COMPANY, FIRST HEALTH GROUP CORP., ARM LTD., RON PHILEMONOFF, AS TRUSTEE FOR THE TANADGUSIX CORPORATION HEALTH & WELFARE TRUST, JULIANNA SHANE, AS TRUSTEE FOR THE TANADGUSIX CORPORATION HEALTH & WELFARE TRUST, AND ROBERT DEAN HUGHES, AS TRUSTEE FOR THE TANADGUSIX CORPORATION HEALTH & WELFARE TRUST, | § § § § § § § § § § § § § § § § § | |
| *Defendants.* | § | |

### ORDER GRANTING THE TANADGUSIX DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER

Before the Court is the Unopposed Motion for Leave to File Second Amended Answer (the "Motion") filed by Defendants Ron Philemonoff, as Trustee for the Tanadgusix Corporation Health & Welfare Trust, Julianna Shane, as Trustee for the Tanadgusix Corporation Health & Welfare Trust, and Robert Dean Hughes, as Trustee for the Tanadgusix Corporation Health & Welfare Trust (collectively, "the Tanadgusix Defendants"). Having considered the Motion, the Court finds that it is well-taken and should be and hereby is **GRANTED**.

It is therefore **ORDERED** that the Tanadgusix Defendants have leave to file its Second Amended Answer.

---
HON. ROBERT PITMAN
UNITED STATES DISTRICT JUDGE